No. 01–8624. SELLMEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8626. MCPHILOMY ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8627. O'NEAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8628. MITZEL v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8629. COWO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–8631. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1103. BOSWELL v. BOARD OF TRUSTEES OF TEXAS CHRISTIAN UNIVERSITY ET AL.; and BOSWELL v. TEXAS CHRISTIAN UNIVERSITY ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.

No. 01–1246. ANGWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–8031. COTTRELL v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR. C. A. 4th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 00–10482. REDMAN v. MARYLAND, 534 U. S. 860;
No. 00–10534. WALDEN v. RADIGAN, 534 U. S. 863;
No. 01–5255. MALDONADO SEGURA v. TEXAS, 534 U. S. 911;
No. 01–5322. MILLINES v. HATCHER ET AL., 534 U. S. 916;
No. 01–5870. BAEZ v. KNOWLES ET AL., 534 U. S. 976;
No. 01–6068. MCGUIRE v. COWLEY, WARDEN, ET AL., 534 U. S. 1002;
No. 01–6187. THOMPSON v. GIBSON, WARDEN, 534 U. S. 1003;
No. 01–6617. SUMLAR v. FLORIDA, 534 U. S. 1058; and

No. 01–6996. IN RE CLARK, 534 U. S. 1039. Petitions for rehearing denied.

No. 01–6321. BYRD *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT ROCKVIEW, 534 U. S. 1027. Motion for leave to file petition for rehearing denied.

MARCH 28, 2002

No. 01–1200. SOUTHERN CO. ET AL. *v.* ALDERSON ET AL. App. Ct. Ill., 1st Dist. Certiorari dismissed as to David Arcuri under this Court's Rule 46.1.

MARCH 29, 2002

No. 01–980. WEINBERGER *v.* UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

APRIL 1, 2002

No. 01–1114. WINTERS ET AL. *v.* ILLINOIS STATE BOARD OF ELECTIONS ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 01–948. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER *v.* KOSTE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mickens* v. *Taylor, ante,* p. 162.

No. 01–8036. MCBRIDE *v.* HALL, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.